IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEITH M. SHANKLIN,

      Appellant,

v.

JIMMY COKER, WARDEN,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2527

_____/

Opinion filed September 22, 2016.

An appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

Keith M. Shanklin, pro se.

Pamela Jo Bondi, Attorney General and Thomas H. Duffy, Assistant Attorney General, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.